# United States Court of Appeals
# for the Fifth Circuit

————————

No. 25-10307
Summary Calendar

————————

United States Court of Appeals
Fifth Circuit

**FILED**
November 24, 2025

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Lemarcus Houston,

*Defendant—Appellant*.

————————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:24-CR-167-1

————————————————————

Before Stewart, Graves, and Oldham, *Circuit Judges*.

Per Curiam:*

Lemarcus Houston appeals his guilty plea conviction for conspiracy to possess a mixture and substance containing a detectable amount of methamphetamine with intent to distribute. Houston contends that his trial counsel was ineffective for not filing a motion to dismiss or quash the criminal complaint.

————————————————

* This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-10307

Houston did not assert a claim of ineffective assistance in the district court, and the record is not sufficiently developed to enable us to make a fair evaluation of such a claim on direct appeal. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014). Therefore, we decline to consider Houston's claim without prejudice to his right to seek collateral review in an appropriate proceeding. *See id.*

Accordingly, the judgment of the district court is AFFIRMED. The Government's motion to dismiss the appeal is DENIED.